FILED
CLERK, U.S. DISTRICT COURT

5/29/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>THOMAS EUGENE STREAVEL,<br><br>　　　　Defendant. | EDCR 5:25-CR-00182-MRA<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 871: Threats Against the President-Elect] |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At times relevant to this indictment:

1. Defendant THOMAS EUGENE STREAVEL was a resident of Yucca Valley, California, in San Bernardino County, within the Central District of California.

2. Donald Trump was a former President of the United States, a Major Presidential candidate as defined in Title 18, United States Code, Section 3056(a)(7), and as of November 5, 2024, he was also the President-Elect of the United States ("President Trump").

3. Facebook is a free-access social networking service that allows its users to establish Facebook accounts to share photographs,

videos, and other information with other Facebook users in a designated network, called "friends," and sometimes with the general public. Facebook also has a feature that enables users to post content to just the user's own account.

4. Before the Presidential election in 2024, defendant STREAVEL used his account on Facebook to post multiple messages to his friends and also to himself expressing his desire to harm, or have others harm, President Trump.

5. For example, on or about October 15, 2024, defendant STREAVEL posted a message to his friends stating, "Today is the perfect day to blow his brains out and I'd love to be the one to pull the trigger. I'm sick and tired of listening to the piece of shit lying through his fucking teeth. We need to kill him for the good of our nation. "GOD BLESS AMERICA US" Have a great day today."

6. On or about November 3, 2024, defendant STREAVEL privately posted to himself, "I'm praying [emoji] that someone like me will blow his fucking brains [emoji] out. . . . trump's a dead piece of shit walking for the time being until a patriot kills the spineless mother fucker."

7. After the Presidential election in 2024, defendant STREAVEL continued to use Facebook to publicly and privately post about assassinating President Trump. For example, on or about November 6, 2024, defendant posted to his friends, "[T]rump is a dead man walking for the time being until a patriot like myself blows his fucking brains out in the very near future."

8. On or about November 20, 2024, defendant STREAVEL posted the following message to his friends on Facebook: "Dismiss charges my ass!!!!!!! Someone will blow his fucking brains out and rightly so.

I would love to kill him myself and take pleasure while doing so. He's a fucking disgraceful piece of shit and will be a dead man in the very near future. 'KILL HIM AND MAKE AMERICA GREAT AGAIN FOR THE GOOD OF OUR NATION AND THE WORLD' 'GOD BLESS THE ASSASSIN OF THE WORTHLESS MOTHER FUCKER'."

9. On or about November 25, 2024, defendant STREAVEL posted the following message to his friends on Facebook: "Yep I'm still praying that someone will assassinate the mother fucking piece of shit and make America great again before she returns to the place you dumbbells re-elected as your president. I will go as far as to say I can guarantee that he will be assassinated. 'GOD BLESS AMERICA' 'KILL THE BONE SPURRED (LOL) ASSHOLE'."

10. On or about November 29, 2024, defendant STREAVEL posted the following message to himself: "Your president-elect is a dead piece of shit and I hope to be the assassin. It would be my pleasure to kill the worthless mother fucker. I'm not going to rest until he's six feet under and off the face of the earth. 'GOD BLESS AMERICA US.' FUCK TRUMP AND MAGA!"

11. These Introductory Allegations are incorporated by reference into each Count of this Indictment as if fully stated therein.

COUNT ONE

[18 U.S.C. § 871]

On or about November 12, 2024, in San Bernardino County, within the Central District of California, defendant THOMAS EUGENE STREAVEL, with intent to issue a threat, and with knowledge that it would be viewed as a threat, knowingly and willfully threatened to kill and inflict bodily harm on Donald Trump, then the President-Elect, by posting the following message to his friends on Facebook: "My ASS is willing to make America great again and blow his mother fucking brains out.  The piece of shit will never be my president."

## COUNT TWO

[18 U.S.C. § 871]

On or about November 19, 2024, in San Bernardino County, within the Central District of California, defendant THOMAS EUGENE STREAVEL, with intent to issue a threat, and with knowledge that it would be viewed as a threat, knowingly and willfully threatened to kill and inflict bodily harm on Donald Trump, then the President-Elect, by posting the following message to his friends on Facebook: "Let me put a bullet right between the ears of your president-elect that instantly makes AMERICA great again.  That's my purpose for living.  It would give me great pleasure to kill the worthless mother fucker."

COUNT THREE

[18 U.S.C. § 871]

On or about November 28, 2024, in San Bernardino County, within the Central District of California, defendant STREAVEL, with intent to issue a threat, and with knowledge that it would be viewed as a threat, knowingly and willfully threatened to kill and inflict bodily harm on Donald Trump, the President-Elect, by posting the following message to his friends on Facebook: "I'm praying for a successful assassination of your president-elect that will immediately make America great again for the good of our nation.  I would gladly give my left nut to be the one who puts the bullet right between his ears.  My life's mission is killing the worthless LOSER piece of shit and my

//

//

mission starts tonight so watch yourself trump, you are a dead mother fucker and I am your assassin.  'GOD BLESS AMERICA.'"

                                                         A TRUE BILL

                                                         /S/_____
                                                         Foreperson

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

*Frances S. Lewis* (signature)

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

MATT COE-ODESS
Assistant United States Attorney
Domestic Security & Immigration Crimes Section