FILED
CLERK, U.S. DISTRICT COURT

05/29/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ nne _____ DEPUTY

BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
MATT COE-ODESS (Cal. Bar No. 313082)
Assistant United States Attorney
Domestic Security & Immigration
  Crimes Section
      1500 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-8957
      Facsimile: (213) 894-0141
      E-mail:    matt.coe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR 5:25-CR-00182-MRA |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING INDICTMENT AND RELATED DOCUMENTS |
| v. | **(UNDER SEAL)** |
| THOMAS EUGENE STREAVEL, | |
| Defendant. | |

     For good cause shown, IT IS HEREBY ORDERED THAT:

     Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the

indictment and any related documents in the above-titled case (except

the arrest warrant), the government's sealing application, and this

order shall be kept under seal until such time as the government

files a "Report Commencing Criminal Action" in this matter.


     May 29, 2025

_____
DATE

_____
HONORABLE PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

1

1  **OR IN CASE OF DENIAL:**

2      The government's application for sealed filing is DENIED.  The

3  sealing application will be filed under seal.  The underlying

4  document(s) shall be returned to the government, without filing of

5  the documents or reflection of the name or nature of the documents on

6  the clerk's public docket.

7

8  _____        _____

9  DATE                                  HONORABLE PEDRO V. CASTILLO
                                         UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28