UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>THOMAS EUGENE STREAVEL,<br><br>      Defendant. | No. 5:25-cr-00182-MRA-1<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**[PROPOSED] TRIAL DATE:** March 23, 2026 at 8:30 AM<br><br>**[PROPOSED] PRETRIAL CONFERENCE DATE:** March 5, 2026 at 10:30 AM |

    The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on June 26, 2025.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

    The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and

defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from July 28, 2025, to **March 23, 2026, at 8:30 AM.** The pretrial conference is continued from July 10, 2025, to **March 5, 2026, at 8:30 AM.**

2. The briefing schedule for motions shall be:

   a. Motions in limine and notices required by Rule 12, 12.1 and 12.2 shall be filed by February 5, 2026. Oppositions to motions in limine shall be filed by February 19, 2026. There shall be no replies. The motions in limine will be heard at the pretrial conference.

   b. All pretrial motions other than motions in limine shall be filed twenty-eight days prior to the hearing. Oppositions or notices of non-opposition shall be filed fourteen days prior to the hearing, and replies, if any, shall be filed seven days prior to the hearing. All pretrial motions other than motions in limine shall be heard by February 5, 2026.

3. The time period of June 26, 2025 to March 23, 2026, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

    4.   Defendant shall appear in Courtroom 9B of the Ronald Reagan Federal Building, 411 W. Fourth Street, Santa Ana, California on March 23, 2026 at 8:30 AM.

    5.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

June 30, 2025
DATE

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE