CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
AYAH A. SARSOUR (Bar No. 340280)
(E-Mail: Ayah_Sarsour@fd.org)
CHAD PENNINGTON (Bar No. 354831)
(E-Mail:Chad_Pennington@fd.org)
Deputy Federal Public Defenders
3801 University Avenue, Suite 700
Riverside, California 92501
Telephone: (951) 276-6346
Facsimile: (951) 276-6368

Attorneys for Defendant
THOMAS EUGENE STREAVEL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS EUGENE STREAVEL,<br><br>　　　　　Defendant. | Case No. 5:25-cr-00182-MRA<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR PRETRIAL MOTION** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through Assistant United States Attorney Lauren E. Border, and defendant Thomas Streavel, by and through his attorneys of record, Deputy Federal Public Defenders, Ayah A. Sarsour and Chad Pennington, that:

　　　　1.　　On May 29, 2025, defendant was indicted for three counts of threatening the president-elect, in violation of 18 U.S.C. § 871. Defendant is released on bond pending trial (ECF No. 1, ECF No. 8).

　　　　2.　　Trial is presently set for March 23, 2026 (ECF No. 20).

//

3. Defendant anticipates filing a Motion to Dismiss the Indictment ("Motion to Dismiss") on First Amendment grounds.

4. Deputy Federal Public Defender Chad Pennington filed his Notice of Appearance in this case on September 8, 2025 (ECF No. 23). As a result, the defense respectfully requests an extension of the stipulated briefing schedule. The government is in agreement with this request.

5. By this stipulation, the parties hereby request that the Court set the following briefing schedule for the Motion to Dismiss:

    a. The Opening Brief is due on October 27, 2025,

    b. The Response is due on November 10, 2025; and

    c. The Reply, if any, is due on November 17, 2025.

6. The parties further request that if the Court requires oral argument, the hearing be set for December 11, 2025, at 10:00 a.m.

7. The parties are not precluded from filing additional pretrial motions consistent with the Court's order dated June 30, 2025 (ECF No. 20).

IT IS SO STIPULATED.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: September 19, 2025     By  /s/ Ayah A. Sarsour
AYAH A. SARSOUR
Deputy Federal Public Defender
Attorney for Thomas Streavel

BILAL A. ESSAYLI
United States Attorney

DATED: September 19, 2025     By  /s/ Lauren E. Border
LAUREN E. BORDER
Assistant United States Attorney
(*Per-Email Authorization*)