CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
AYAH A. SARSOUR (Bar No. 340280)
(E-Mail: Ayah_Sarsour@fd.org)
CHAD PENNINGTON (Bar No. 354831)
(E-Mail:Chad_Pennington@fd.org)
Deputy Federal Public Defenders
3801 University Avenue, Suite 700
Riverside, California  92501
Telephone:  (951) 276-6346
Facsimile:  (951) 276-6368

Attorneys for Defendant
THOMAS EUGENE STREAVEL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:25-cr-00182-MRA |
| Plaintiff, | **[PROPOSED] ORDER FOR STIPULATED FIRST AMENDED BRIEFING SCHEDULE** |
| v. | |
| THOMAS EUGENE STREAVEL, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Court set the following briefing schedule for the First Amendment Motion to Dismiss:

a. Defendant's Opening Brief is due on October 27, 2025;

b. Government's response is due on November 10, 2025; and

c. Defendant's Reply, if any, is due on November 17, 2025; and

d. Oral argument is set for December 11, 2025.

DATED:                    By _____
                             HONORABLE MÓNICA RAMÍREZ ALMADANI
                             United States District Judge

Presented By:
*/s/ AYAH A. SARSOUR*
AYAH A. SARSOUR
Deputy Federal Public Defender