# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS EUGENE STREAVEL,<br><br>　　　　　Defendant. | Case No. 5:25-cr-00182-MRA<br><br>**ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE FOR PRETRIAL MOTION [24]** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Court set the following briefing schedule for the First Amendment Motion to Dismiss:

　　a. Defendant's Opening Brief is due on October 27, 2025;

　　b. Government's response is due on November 10, 2025; and

　　c. Defendant's Reply, if any, is due on November 17, 2025; and

　　d. Oral argument is set for **December 11, 2025, at 11:30 a.m.**

DATED: September 23, 2025

　　　　　　　　　　　　　　　　　　　　　HON. MONICA RAMIREZ ALMADANI
　　　　　　　　　　　　　　　　　　　　　United States District Judge