CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
AYAH A. SARSOUR (Bar No. 340280)
(E-Mail: ayah_sarsour@fd.org)
Deputy Federal Public Defender
3801 University Avenue, Suite 700
Riverside, California 92501
Telephone: (951) 276-6367
Facsimile: (951) 276-6368

Attorneys for Defendant
THOMAS EUGENE STREAVEL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS EUGENE STREAVEL, <br><br> Defendant. | Case No. 5:25-cr-00182-MRA-1 <br><br> ***EX PARTE* REQUEST TO ALLOW MODIFICATION OF TERMS AND CONDITIONS OF PRETRIAL RELEASE; [PROPOSED] ORDER** |

**NOW COMES** Defendant Thomas Eugene Streavel, through his attorney of record, Deputy Federal Public Defender Ayah A. Sarsour, hereby applies to this Honorable Court to modify the terms and conditions of release to remove all electronic and location monitoring. This application is based on the attached declaration of counsel, all files and records in this case, and such further information as may be provided to the court with respect to this application.

                                                CUAUHTEMOC ORTEGA
                                                Federal Public Defender

DATED: October 10, 2025      By /s/ *Ayah A. Sarsour*
                                                AYAH A. SARSOUR
                                                Deputy Federal Public Defender

## DECLARATION OF AYAH A. SARSOUR

I, AYAH A. SARSOUR, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California who is appointed to represent Thomas Eugene Streavel in the above-entitled action.

2. On June 23, 2025, the Government's request for detention was denied. The Court ordered a $10,000.00 unsecured appearance bond and preconditions to release. (ECF No. 15).

3. One of the additional conditions of release all digital devices will be subject to monitoring by Supervising agency, where Mr. Streavel was ordered to comply with the rules and regulations of the Computer Monitoring Program, and must pay the cost of the Computer Monitoring Program. (ECF No. 15).

4. Mr. Streavel is in the Computer Monitoring Program.

5. Another additional condition was Location Monitoring technology at the discretion of the Supervising Agency. (ECF No. 15).

6. Mr. Streavel is on Location Monitoring.

7. On September 29, 2025, Ms. Sarsour conferred with United States Probation Officer Camron Pitcher, who is recommending the proposed modification of removing the condition of the Computer Monitoring Program and removing the Location Monitoring . (ECF No. 15). Mr. Pitcher does not believe Mr. Streavel needs to be enrolled in the Computer Monitoring Program nor the Location Monitoring Program.

8. On September 29, 2025, Ms. Sarsour conferred AUSA Lauren Border to obtain her position on the proposed modification. The government takes no position on the requested modification.

/ / /
/ / /
/ / /
/ / /

9.  Given these circumstances, the United States Probation Officer Camron Pitcher and Defense jointly stipulate and respectfully request that the Court modify the terms and conditions of pretrial release conditions to remove the Computer Monitoring Program nor the Location Monitoring Program.

                                              Respectfully submitted,

                                              CUAUHTEMOC ORTEGA
                                              Federal Public Defender

DATED: October 10, 2025        By */s/ Ayah A. Sarsour*
                                              AYAH A. SARSOUR
                                              Deputy Federal Public Defender

**PROOF OF SERVICE**

I declare that I am a resident or employed in Riverside, County, California; that my business address is the Office of the Federal Public Defender, 3801 University Avenue, Suite 700, Riverside, California 92501; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached *EX PARTE* **REQUEST TO ALLOW MODIFICATION OF TERMS AND CONDITIONS OF PRETRIAL RELEASE** on the following individual(s) by:

| [ ] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand delivery addressed as follows: | [ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows: | [X] Via Emailing same addressed as follows: |

**CAMRON PITCHER**
U.S. Probation Officer
Camron_pitcher@cacp.uscourts.gov

This proof of service is executed at Riverside, California, on **October 10, 2025.**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____.
**ISABEL RIVERA**